IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

YUFENG LIU,

           Plaintiff,

    v.

MICHAEL CHERTOFF, et al.,

           Defendants.

No. CV 06-1682-ST

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court entered February 13, 2008 adopting the Magistrate Judge's Findings and Recommendations (#40), and denying Defendants' Motion to Dismiss (#12) and granting Plaintiff's Motion for Summary Judgment (#17),

    IT IS ORDERED AND ADJUDGED that the above captioned matter is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this  19th  day of February, 2008.

                                            /s/ Michael W. Mosman
                                           MICHAEL W. MOSMAN
                                           United States District Judge